IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>ESSAR STEEL ALGOMA INC., et al.,<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Bankruptcy No. 15-12272 (BLS)<br>Jointly Administered<br><br>Adversary No. 17-50196 (BLS) |
| ESSAR STEEL ALGOMA INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN COAL SALES CORPORATION,<br><br>Defendant. | Miscellaneous No. 17-252-LPS |

## ORDER

At Wilmington this 27th day of September, 2017, pursuant to the September 15, 2017 Order of the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, this matter is transferred to the United State District Court for the Southern District of New York. Access to the Delaware Bankruptcy Court case file in this matter may be obtained through PACER.

UNITED STATES DISTRICT JUDGE